COPY

1  MCKOOL SMITH HENNIGAN P.C.
   Roderick G. Dorman (96908)
2  RDorman@mckoolsmithhennigan.com
   865 South Figueroa St.
3  Suite 2900
   Los Angeles, CA 90017
4  Telephone:  (213) 694-1200
   Facsimile:  (213) 694-1234
5
   Attorneys for Plaintiff
6  TiVo Inc.

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10 TIVO INC.,

11          Plaintiff,                    Case No. SACV12-898-JST (ANkx)

12    vs.

13                                        **DISCOVERY MATTER**

14 VERIZON COMMUNICATIONS,
   INC.; VERIZON SERVICES CORP.;          **PETITION TO ENFORCE
   VERIZON CORPORATE                      SUBPOENA TO THIRD PARTY**
15 RESOURCES GROUP, LLC;                  **BROADCOM   IN CASE PENDING**
   VERIZON CORPORATE SERVICES             **IN FOREIGN JURISDICTION**
16 GROUP INC.; and VERIZON DATA           **(EASTERN DISTRICT OF TEXAS)**
   SERVICES LLC,
17
            Defendants.
18 ─────────────────────────────

19        **PETITION TO COMPEL COMPLIANCE**

20        Plaintiff , by and through its attorneys of record, Mckool Smith Hennigan

21 P.C., hereby brings this Petition to Compel Compliance with the subpoena issued by

22 the United States District Court for the Central District of California in the case

23 pending in the United States District Court for the Eastern District of Texas, entitled

24 *TiVo Inc.* v. *Verizon Communications Inc,. et al.,* Case 2:09-cv-257-DF-CMC, to

25 compel third-party Broadcom to produce documents and appear at a deposition

26 pursuant to Rules 30(b)(6), 34, and 45 of the Federal Rules of Civil Procedure and

27 Civil Local Rule 37-2.

28

PETITION TO ENFORCE SUBPOENA TO
THIRD PARTY BROADCOM
Case No.

2654744

- 1 -

## PARTIES

1.    Plaintiff TiVo INC. ("TiVo") is a corporation organized under the laws of Delaware, having its principal place of business at 2160 Gold Street, Alviso, California 95002-2160.

2.    Upon information and belief, Defendant Verizon Communications is a corporation formed under Delaware law and has its principal place of business at 140 West Street, New York, New York 10007.

3.    Upon information and belief, Defendant Verizon Services Corp. is a corporation formed under Delaware law and has its principal place of business at 1320 North Court House Road, Arlington, Virginia 22201.

4.    Upon information and belief, Defendant Verizon Corporate Resources Group LLC is a limited liability company formed under Delaware law and has its principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920.

5.    Upon information and belief, Defendant Verizon Corporate Services Group is a New York corporation with a place of business at One Verizon Way, Basking Ridge, New Jersey 07920.

6.    Upon information and belief, Defendant Verizon Data Services LLC is a Delaware limited liability company with a place of business at 7701 East Telecom Parkway, B3E, Temple Terrace, Florida 33637.

7.    Upon information and belief, third party Broadcom Corporation ("Broadcom") is a California corporation with a place of business at 5300 California Avenue, Irvine, California 92617.

## JURISDICTION

8.    The case to which this discovery matter pertains, *TiVo Inc. v. Verizon Comms. et al.*, Case 2:09-cv-257-DF-CMC (the "Main Case"), involves patent infringement claims based upon and arising under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, and is currently pending in the United States District

PETITION TO ENFORCE SUBPOENA TO
THIRD PARTY BROADCOM
Case No.

2654744

1 | Court for the Eastern District of Texas. Therefore, this Court has jurisdiction over

2 | the subject matter of this action by virtue of 28 U.S.C. § 1331.

3 | <center>**VENUE**</center>

4 | 9. Venue is proper in this district because third-party Broadcom resides

5 | within this judicial district and the events or omission which are the basis of the

6 | dispute underlying this Petition occurred within this judicial district under 28 U.S.C.

7 | § 1391(a)(l), (2).

8 | <center>**FACTUAL ALLEGATIONS**</center>

9 | 10. On or about August 26, 2010, the United States District Court for the

10 | Central District of California issued a Subpoena in a Civil Case (the "August 2010

11 | Subpoena") to third-party Broadcom, pursuant to Rules 34 and 45 of the Federal

12 | Rules of Civil Procedure for use by Plaintiff TiVo in the Main Case.

13 | 11. Plaintiff TiVo served the August 2010 Subpoena on third-party

14 | Broadcom on or about August 27, 2010.

15 | 12. On or about August 11, 2011, the United States District Court for the

16 | Central District of California issued a Subpoena in a Civil Case (the "August 2011

17 | Subpoena") to third-party Broadcom, pursuant to Rules 30(b)(6) and 45 of the

18 | Federal Rules of Civil Procedure for use by Plaintiff TiVo in the Main Case.

19 | 13. Plaintiff TiVo served the August 2011 Subpoena on third-party

20 | Broadcom on or about August 11, 2012.

21 | 14. Plaintiff TiVo and third-party Broadcom have met and conferred

22 | extensively regarding compliance with the August 2010 Subpoena and August 2011

23 | Subpoena. Although third-party Broadcom agreed to and did produce documents to

24 | Plaintiff TiVo, Plaintiff TiVo believes that production is incomplete. Despite

25 | TiVo's repeated requests, third-party Broadcom has declined to confirm that it will

26 | provide a witness to testify in response to the August 2011 Subpoena.

27

28

PETITION TO ENFORCE SUBPOENA TO
THIRD PARTY BROADCOM
Case No.

2654744                          - 3 -

15.    On June 1, 2012, Plaintiff TiVo sent third-party Broadcom a meet and confer letter pursuant to Central District Local Rule 37-1, requesting that third-party Broadcom produce documents and appear for a deposition.

16.    On June 4, 2012, counsel timely met and conferred to try to resolve the dispute.

17.    Despite Plaintiff TiVo's cooperative efforts to narrow its discovery requests, third-party Broadcom refuses to agree to comply with the August 2010 Subpoena and August 2011 Subpoena by producing documents and appearing for a deposition. Instead, third-party Broadcom has insisted that Plaintiff TiVo file a motion to compel.

18.    Plaintiff TiVo is left with no alternative but to seek this Court's assistance in compelling third-party Broadcom's immediate compliance with the August 2010 Subpoena and August 2011 Subpoena.

## PRAYER FOR RELIEF

Based on the above, Plaintiff TiVo prays for judgment as follows:

(1) To compel third-party Broadcom to produce documents and attend deposition in compliance with the Subpoena pursuant to Rules 30(b)(6), 34, and 45 of the Federal Rules of Civil Procedure and Civil Local Rule 37-2.

(2) For Plaintiff TiVo's attorney fees, costs, and expenses incurred to compel compliance of the Subpoena against third-party Broadcom; and

(3) For other such relief as the Court deems just and proper.

Dated: June 6, 2012                                    Respectfully submitted,

                                                        _/s/ Roderick G. Dorman_

                                                        MCKOOL SMITH HENNIGAN P.C.
                                                        Roderick G. Dorman (96908)
                                                        RDorman@mckoolsmithhennigan.com
                                                        865 South Figueroa St.
                                                        Suite 2900
                                                        Los Angeles, CA 90017
                                                        Telephone:  (213) 694-1200
                                                        Facsimile:   (213) 694-1234
                                                        Attorneys for Plaintiff TiVo Inc.

PETITION TO ENFORCE SUBPOENA TO
THIRD PARTY BROADCOM
Case No.

2654744                                -4-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV12- 898 JST (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| TIVO INC., PETITIONER | BROADCOM CORPORATION, RESPONDENTS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| FOR PETITIONER: Roderick G. Dorman, Mckool Smith Hennigan P.C., 865 South Figueroa St., Suite 2900, Los Angeles, CA 90017, (213) 694-1200, RDorman@mckoolsmithhennigan.com | FOR RESPONDENTS: Amanda Tessar, Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400, Denver, CO 80202-5255, 303.291.2357, atessar@perkinscoie.com |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes   ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No        ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Petition to enforce subpoenas by motion to compel deposition and documents from third party Broadcom pursuant to Fed. R. Civ. Proc. 30(b)(6), 34, and 45 (no statute)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | |
|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | | ☐ 610 Agriculture |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Accommodations | |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 820 Copyrights |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities - Employment | ☐ 830 Patent |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 840 Trademark |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 630 Liquor Laws |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 640 R.R. & Truck |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 650 Airline Regs |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | ☐ 660 Occupational Safety /Health |
| | | | | ☐ 690 Other |
| | | | | ☐ 861 HIA (1395ff) |
| | | | | ☐ 862 Black Lung (923) |
| | | | | ☐ 863 DIWC/DIWW (405(g)) |
| | | | | ☐ 864 SSID Title XVI |
| | | | | ☐ 865 RSI (405(g)) |
| | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

FOR OFFICE USE ONLY:   Case Number: _SACV12-898_

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Petitioner TiVo: Santa Clara County |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Respondent Broadcom: Orange County |  |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles and Orange Counties |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**  _/s/ Roderick G. Dorman_   Date June 6, 2012

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |